UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| YADHIR GONZALES, | Case No. 3:19-cv-00090-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| NEVADA, STATE OF, *et al.*, | |
| Respondents. | |

Before the Court is Respondents' motion to dismiss numerous grounds in Yadhir Gonzales' *pro se* 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 17.) Respondents inform the court that they served the motion and exhibits via U.S. Mail to Petitioner at his address of record (*see* ECF No. 21). The documents were returned to the attorney general's office with the notation "RTS – Parole." (*Id.*) Local Rule IA 3-1 provides that an attorney or pro se party must immediately file with the Court written notification of any change of mailing address and must also file proof of service on the opposing party. "Failure to comply with this rule may result in the dismissal of the action. . . ." LR IA 3-1.

Gonzales has not filed a change of address with this Court, nor has he responded to the motion to dismiss in any way. Accordingly, Gonzales has 14 days to file a notice of change of address. Failure to respond to this order may result in the dismissal of this action.

It is therefore ordered that Petitioner must file and serve a notice of change of address within 14 days of the date of this order.

///

///

///

It is further ordered that failure to respond to this order may result in the dismissal of this action.

DATED THIS 16th day of April 2020.

_____
MIRANDA M. DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT

2