UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| YADHIR GONZALES, | Case No. 3:19-cv-00090-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| NEVADA, STATE OF, *et al.*, | |
| Respondents. | |

This is Petitioner Yadhir Gonzales' *pro se* 28 U.S.C. § 2254 habeas corpus case. A recent filing in this case was sent via U.S. Mail to Petitioner at his address of record and was returned with the notation that Petitioner had been paroled (*see* ECF No. 21). Accordingly, the Court directed Petitioner to comply with the local rules and file a notice of change of address (ECF No. 22). *See* LR IA 3-1. That order was served on Petitioner via U.S. Mail at his address of record. (ECF No. 22.) It was also returned (ECF No. 23), and Petitioner has not contacted the Court in any way. Accordingly, the Court will dismiss this case because of Petitioner's failure to update his address.

It is therefore ordered that the petition is dismissed with prejudice.

It is further ordered that Respondents' motion for extension of time to respond to the petition (ECF No. 16) is granted *nunc pro tunc*.

It is further ordered that Respondents' motion to dismiss (ECF No. 17) is denied as moot.

It is further ordered that a certificate of appealability is denied.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 23rd day of April 2020.

_____
MIRANDA M. DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT